# IN THE
# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

SunZia Transmission, LLC )
        )
    Petitioner, )
        )
    v. )       **Case No. 26-1067**
        )
Federal Energy Regulatory Commission, )
        )
    Respondent. )

## PETITIONER'S NON-BINDING STATEMENT OF ISSUES TO BE RAISED

1.    Whether the Federal Energy Regulatory Commission ("FERC") acted in an arbitrary and capricious manner and contrary to law by reversing, without explanation, its prior finding that Petitioner's filed Non-Subscriber Usage Rate ("NSUR") was just and reasonable and not unduly discriminatory or preferential.

2.    Whether FERC acted in an arbitrary and capricious manner and contrary to law when it failed to address arguments raised by Petitioner in its Request for Rehearing.

3.    Whether FERC acted in an arbitrary and capricious manner and contrary to law when it departed from prior precedent without explanation in setting the filed NSUR, previously found to be just and

reasonable and not unduly discriminatory or preferential, for

hearing/settlement procedures.

<div style="margin-left: 50%;">

Respectfully submitted,

*Elizabeth W. Whittle*
Elizabeth W. Whittle
Nixon Peabody LLP
799 9th Street, N.W., Suite 500
Washington, DC  20001

Attorney for Petitioner
SunZia Transmission, LLC

</div>

Dated:  April 24, 2026

**CERTIFICATE OF SERVICE**

Pursuant to Rule 25(c) of the Federal Rules of Appellate Procedure and Circuit Rule 25(c), I hereby certify that I have this day served the foregoing document upon the counsel listed below via this Court's CM/ECF system.

Dated at Washington, DC, this 24th day of April, 2026.

*/s/ Elizabeth W. Whittle*
Elizabeth W. Whittle